UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS,<br><br>            Plaintiffs,<br><br>     v.<br><br>COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; SHERIFF SHANNON MOON; and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 2:24-cv-01131 WBS AC<br><br>ORDER RE: PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

----oo0oo----

T.O. and S.O., the minor children of decedent Amy Wayne Morris, bring this survival action against the County of Nevada, Wellpath, LLC, and Sherriff Shannon Moon, for violations of

1

federal law in connection with Ms. Morris's death while detained in a Nevada County jail.  (Compl. (Docket No. 1).)

Plaintiffs now request that Hannah Morris, who is their aunt and sister to the deceased, be appointed their guardian ad litem.  (Mot. (Docket No. 5).)  No objections to these appointments have been raised.  Further, plaintiffs' motion demonstrates that: (1) T.O. and S.O. are minor children aged 15 and 14, respectively; (2) No general guardian has been appointed for any of the minor plaintiffs and no previous petition for guardian ad litem has been filed in this matter; and (3) Hannah Morris is a competent and reasonable person, qualified to become the guardian ad litem of said minors, and consents to act in such a capacity.

IT IS TEHREFORE ORDERED that plaintiffs' petition for appointment of Hannah Morris as their guardian ad litem (Docket No. 5) be, and the same hereby is, GRANTED.

Dated:  May 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2