UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br>   Plaintiffs, <br><br>   vs. <br><br> COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company/ SHERIFF SHANNON MOON, and DOES 1 through 10, inclusive, <br><br>   Defendants | CASE NO. 2:24-cv-01131-WBS-AC <br><br> **ORDER GRANTING DEFENDANT WELLPATH, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that defendant Wellpath shall file its response to Plaintiffs' Complaint on or before June 12, 2024.

Dated: May 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE