UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability Company; SHERIFF SHANNON MOON; and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 2:24-cv-01131 WBS AC<br><br>ORDER |

----oo0oo----

Plaintiffs T.O. and S.O. (collectively, "plaintiffs") move to amend the complaint. (Docket No. 34.)  The motion was unnecessary.  In its Order of September 17, 2024, the court

1

granted plaintiffs leave to amend the complaint within twenty days.  (Docket No. 33.)  Because plaintiffs' motion was filed within that time, the court will grant plaintiffs an additional 10 days from the date of this Order to actually file their First Amended Complaint.

       IT IS SO ORDERED.

Dated:  November 14, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE