UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br>   Plaintiffs, <br><br>   v. <br><br> COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability Company; SHERIFF SHANNON MOON; and DOES 1 through 10, inclusive, <br><br>   Defendants. | No. 2:24-cv-1131 WBS AC <br><br> ORDER |

----oo0oo----

Pursuant to the discussion with the parties at the February 10, 2025, status conference, and with the agreement of

1

counsel, all proceedings in this case are hereby STAYED until April 21, 2025, under the court's inherent authority. See Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936). A further status conference is set for **April 21, 2025, at 1:30 p.m. By April 7, 2025,** the parties shall file a joint status report discussing the status of the related bankruptcy proceedings in the Southern District of Texas and the effect of those proceedings on this case. In the meantime, plaintiffs' counsel is expected to appear in the bankruptcy case and seek such relief as may be appropriate in that court.

IT IS SO ORDERED.

Dated: February 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE