UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; NATIVIDAD RICKS, RN; JENNIFER PIXLEY, RN; JOSEPH BRITTON, MD; and DOES 1 through 10, inclusive,<br><br>        Defendants. | No. 2:24-cv-1131 WBS AC<br><br>ORDER STAYING CASE |

----oo0oo----

On February 10, 2025, the court stayed all proceedings in this case until April 21, 2025, while related bankruptcy

1

1    proceedings involving defendant Wellpath, LLC ("Wellpath") were
2    pending.  (Docket No. 51.)  As of today, the bankruptcy court has
3    not yet lifted its stay as to Wellpath.  In re Wellpath Holdings,
4    Inc., No. 24-90533 (Bankr. S.D. Tex. Feb. 24, 2025).
5         Pursuant to the discussion with the parties at the
6    status conference on April 21, 2025, and with the agreement of
7    counsel, the court hereby EXTENDS the stay of all proceedings in
8    this case until **October 27, 2025,** under the court's inherent
9    authority.  See Landis v. N. Am. Co., 299 U.S. 248, 254-55
10   (1936).
11        A further status conference is set for **October 27,**
12   **2025,** at 1:30 p.m.  By the earlier of fourteen (14) days after
13   the bankruptcy court lifts the final stay as to Wellpath, or
14   **October 14, 2025,** the parties shall file a joint status report
15   updating the court on the bankruptcy proceedings and its
16   implications for the instant case.
17        IT IS SO ORDERED.
18   Dated:  April 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2