UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br>          Plaintiffs, <br><br>     v. <br><br> COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; NATIVIDAD RICKS, RN; JENNIFER PIXLEY, RN; JOSEPH BRITTON, MD; and DOES 1 through 10, inclusive, <br><br>          Defendants. | No. 2:24-cv-1131 WBS AC <br><br><br> ORDER RELATING CASES |

1

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br>        Plaintiffs, <br><br>   v. <br><br>MICHAEL O'BRIEN, Individually, <br><br>        Defendant. | No. 2:24-cv-3243 DJC CKD |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases are brought by the same plaintiffs bringing similar claims in connection with the death of Amy Wayne Morris, albeit against different defendants. Accordingly, if the cases are not consolidated, at least the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated T.O. v. County of Nevada, 2:24-cv-1131 WBS AC, and T.O. v. O'Brien, 2:24-cv-3243 DJC CKD, be, and the same hereby are, deemed related.  The case denominated T.O. v. O'Brien, 2:24-cv-3243 DJC CKD, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as T.O. v. O'Brien, 2:24-cv-3243 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  June 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE