|      |                                                                                                                                                                                                                              |                                                                                                                                 |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------|

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            EASTERN DISTRICT OF CALIFORNIA
10                                      ----oo0oo----
11
12   T.O., a minor through his
     Guardian Ad Litem Hannah Morris,
13   Individually and as Personal
     Representative of the Estate of
14   AMY WAYNE MORRIS, Deceased, and
     S.O., a minor through his
15   Guardian Ad Litem Hannah Morris,
     Individually and as Personal
16   Representative of the Estate of
     AMY WAYNE MORRIS,
17
                    Plaintiffs,
18
           v.                                       No. 2:24-cv-1131 WBS AC
19
     COUNTY OF NEVADA, a Governmental
20   Entity; WELLPATH, LLC, a
     Delaware limited liability                     ORDER GRANTING PLAINTIFFS'
21   company; MICHAEL O'BRIEN,                      MOTION FOR LEAVE TO FILE
     individually; NATIVIDAD RICKS,                 THIRD AMENDED COMPLAINT AND
22   RN; JENNIFER PIXLEY, RN, JOSEPH                DENYING DEFENDANT WELLPATH,
     BRITTON, MD, and DOES 1 through                LLC'S MOTION TO DISMISS
23   10, inclusive, and MATHEW J.
     DUNDON TRUSTEE OF WELLPATH
24   HOLDINGS, INC. LIQUIDATING
     TRUST,
25
                    Defendants.
26
27                                     ----oo0oo----
28
                                            1

1          Plaintiffs have filed a "Motion for Leave to File a
2    Third Amended Complaint" (plaintiffs' "Motion"). (Docket Nos. 76,
3    79.) Defendants Michael O'Brien, Joseph Britton, Jennifer Pixley,
4    Natividad Ricks, and the County of Nevada have filed
5    "Statement[s] of Non-Opposition to" the motion (Docket Nos. 80,
6    81, 83.); and all remaining defendants declined to file either
7    statements of non-opposition or responses in opposition to the
8    Motion. In accordance with the Local Rules as well as the Federal
9    Rules of Civil Procedure, a party's failure to timely file a
10   response in opposition to a motion will be construed as non-
11   opposition to the motion. (See L.R. 230(C) ("A failure to file a
12   timely opposition may also be construed by the Court as a non-
13   opposition to the motion."); see also, Fed. R. Civ. P. 78.)
14   Therefore, being unopposed, plaintiffs' motion is GRANTED.
15          Accordingly, plaintiffs are hereby ORDERED to file
16   their Third Amended Complaint with the Clerk of Court on or
17   before September 19, 2025.
18          Further, in light of the foregoing, defendant Wellpath,
19   LLC's "Motion to Dismiss Due to Bankruptcy Court-Ordered
20   Discharge" (Docket No. 72) is DENIED as moot.
21          IT IS SO ORDERED.
22   Dated: September 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2