

## United States District Court
## Eastern District of California

| | |
|---|---|
| T.O., et al., | C   Number:   2:24-cv-01131-WBS-AC |
| Plaintiff(s) | |
| V | |
| COUNTY OF NEVADA, et al., | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Justin T. Spencer _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

NATIVIDAD RICKS, R.N.; JENNIFER PIXLEY, R.N.; and JOSEPH BRITTON, M.D.

On _____09/23/2022_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of North Carolina_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Madrid, et al. v. County of Tulare, et al. - 1:24-cv-00351-FJS - Applied 3/10/26 - Granted

_____

Date: _____April 14, 2026_____      Signature of Applicant / / _____

Pro Hac Vice Attorney

Applicant's Name: Justin T. Spencer

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 150 Fayetteville Street

Suite 1120

City: Raleigh        State: NC        Zip: 27601

Phone Number w/Area Code: (919) 787-4555

City and State of Residence: Raleigh, NC

Primary E-mail Address: jspencer@grsm.com

Secondary E-mail Address: justin.spencer921@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: KENDRA N. STARK

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 315 Pacific Avenue

City: San Francisco        State: CA        Zip: 94111

Phone Number w/Area Code: (984) 242-1787        Bar # 363663

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE