**THE SEHAT LAW FIRM, PLC**

Cameron Sehat, Esq. (SBN: 256535)
Cameron@sehatlaw.com
Jeffrey Mikel (SBN 350671)
J.mikel@sehatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200

Attorneys for T.O. and S.O., minors
through their Guardian Ad Litem
Hanna Morris, individually and on
behalf of Amy Wayne Morris' Estate

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; CALIFORNIA FORENSIC MEDICAL GROUP, a domestic corporation; MICHAEL O'BRIEN, individually; NATIVIDAD RICKS, RN; JENNIFER PIXLEY, RN, | Case No.: 2:24-cv-1131 WBS-AC <br><br> **JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FORTH AMENDED COMPLAINT** |

-1-

JOSEPH BRITTON, MD, and DOES 1 through 10, inclusive, and MATHEW J. DUNDON TRUSTEE OF WELLPATH HOLDINGS, INC. LIQUIDATING TRUST

Defendants.

It is hereby STIPULATED by and between Plaintiffs T.O. and S.O. through their Guardian Ad Litem Hannah Morris and Defendants COUNTY OF NEVADA, and MICHAEL O'BRIEN, NATIVIDAD RICKS, RN, JENNIFER PIXLEY, RN, and JOSEPH BRITTON, MD through their respective counsels, that in light of this Court's ruling in Docket 104 and in order to further clarify the status of WELLPATH HOLDINGS, INC. LIQUIDATING TRUST as a nominal defendant, the parties request an order granting plaintiff leave to file a Fourth Amended Complaint.

Defendant County's agreement to this stipulation is explicitly conditioned on Plaintiffs filing the Fourt Amended Complaint that corresponds to the redline copy that is attached to this stipulation as Exhibit 1.

Date: June 9, 2026          THE SEHAT LAW FIRM, PLC

_/s/ Jeffrey Mikel_
Cameron Sehat, Esq.
Jeffrey Mikel, Esq.,
Attorneys for Plaintiffs

Date: June 9, 2026          MANNIND & KASS ELLROD RAMIREZ TESTER LLP

_/s/ Nichole Santiago_
by: Nichole Santiago, Esq.
Attorneys for Defendants County of Nevada,

Date: June 9, 2026,                    GORDON REES SCULLY

MANSUKHANI, LLP

*/s/     Justin Spencer*
by: Justin Spencer, Esq.
Attorneys for Natividad Ricks, RN,
Jennifer Pixley, RN, and Joseph Britton,
MD

Date: June 9, 2026,                    BERTRAND, FOX, ELLIOT,

OSMAN & WENZEL

*/s/     Corey Wilson*
by: Corey Willson, Esq.
Attorneys for Defendant Michael O'Brien

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS,

    Plaintiffs,

        vs.

COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; CALIFORNIA FORENSIC MEDICAL GROUP, a domestic corporation; MICHAEL O'BRIEN, individually; NATIVIDAD RICKS, RN; JENNIFER PIXLEY, RN, JOSEPH BRITTON, MD, and DOES 1 through 10, inclusive, and MATHEW J. DUNDON TRUSTEE OF WELLPATH HOLDINGS, INC. LIQUIDATING TRUST

    Defendants.

Case No.: 2:24-cv-1131 WBS-AC

**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FORTH AMENDE COMPLAINT**

-4-

The parties having stipulated and good cause having been shown, the stipulation for leave for Plaintiff to file a Fourt Amended Complaint is hereby granted

Plaintiff shall file the Fourt Amended Complaint within three days of the signing of this order.

A Status Conference Re Further Proceedings is set for **September 21, 2026 at 1:30 p.m.** A joint status report shall be filed no later than **September 8, 2026**.

IT IS SO ORDERED:

Dated: June 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE